Order issued September 21, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01183-CV

## IN RE TREADSTONE/DRUM SPECIAL SITUATION PARTNERS CO-INVESTMENT FUND, LLC, ET AL., Relators

### Original Proceeding from the 116th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-12-00965-F

## ORDER

Before Justices Bridges, Lang, and Fillmore

Based on the Court's opinion of this date, we **DENY** relators' petition for writ of mandamus and **LIFT** the stay imposed by our order of August 29, 2012. We **ORDER** that relators bear the costs of this original proceeding.

ROBERT M. FILLMORE
JUSTICE